IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BACHMANS ROOFING, BUILDING & REMODELING, LLC,<br><br>    Defendant. | :<br>:  Civil File No. 2:26-cv-00359<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS _____ DAY OF _____, 2026.

_____
United States District Judge