**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and
on behalf of a class of all persons and entities
similarly situated,

          Plaintiff,

    v.

BACHMAN'S ROOFING, BUILDING &
REMODELING, LLC

          Defendant.

Civil Action No. 2:26-cv-00359-WSS

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk:

Kindly enter the appearance of Samuel A. Hornak of Buchanan Ingersoll & Rooney PC as counsel on behalf of the Defendant, Bachman's Roofing, Building & Remodeling, LLC, in the above-captioned action.

A *pro hac vice* application of Gabriel D. Pinilla, Esq., of Adams & Reese, LLP (1001 17th Street, Suite 1000, Denver, CO 80202), also on behalf of the Defendant, Bachman's Roofing, Building & Remodeling, LLC, will be forthcoming.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

Dated:  June 1, 2026

*/s/ Samuel A. Hornak*
Samuel A. Hornak (Pa. Id. No. 312360)
AshLeigh S. Diaz (Pa. Id. No. 327477)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
samuel.hornak@bipc.com
ashleigh.diaz@bipc.com

**ADAMS & REESE, LLP**
Gabriel D. Pinilla (Co. Id. No. 54504) *(Pro Hac Vice Application Forthcoming)*
1001 17th Street, Suite 1000
Denver, CO 80202
Tel: (303) 970-2156

*Attorneys for Defendant, Bachman's Roofing, Building & Remodeling, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the 1st day of June, 2026.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Samuel A. Hornak*
Samuel A. Hornak, Esq.
