**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00359-WSS |
| | ) | |
| v. | ) | |
| | ) | |
| BACHMAN'S ROOFING, BUILDING & REMODELING, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION**

Gabriel D. Pinilla, undersigned counsel for Defendant, Bachman's Roofing, Building & Remodeling, LLC, hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant, Bachman's Roofing, Building & Remodeling, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Gabriel D. Pinilla filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: June 1, 2026

Respectfully submitted,

Gabriel D. Pinilla (Colorado Bar #54504)
Gabriel.Pinilla@arlaw.com
**ADAMS & REESE, LLP**
1001 17th Street, Suite 1000
Denver, CO 80202
303-970-2156


Samuel A. Hornak (Pa. I.D. No. 312360)
samuel.hornak@bipc.com
Ashleigh S. Diaz (PA I.D. No. 327477)
ashleigh.diaz@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412-562-8800

*Bachman's Roofing, Building & Remodeling,
LLC*