**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:26-cv-00359-WSS |
| v. | ) ) | |
| BACHMAN'S ROOFING, BUILDING & REMODELING, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION FOR ADMISSION *PRO HAC VICE* OF
GABRIEL D. PINILLA**

I, Gabriel D. Pinilla, make this Declaration pursuant to 28 U.S.C. §1746 in support of the Motion for my admission to appear and practice in this Court as counsel *pro hac vice* for Defendant, Bachman's Roofing, Building & Remodeling, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Gabriel D. Pinilla, being duly sworn, do hereby depose and say as follows:

1.    I am a Partner with the law firm Adams & Reese, LLP.

2.    My business address is 1001 17th Street, Suite 1000, Denver, CO 80202.

3.    I am a member in good standing of the bars of the United States District Courts:

   a.  Eleventh Circuit Court of Appeals – January 26, 2026;
   b.  U.S.D.C. Southern District of Florida – August 4, 2006;
   c.  U.S.D.C. Middle District of Florida – October 18, 2012;
   d.  U.S.D.C. Northern District of Florida – September 2, 2020;
   e.  U.S.D.C. District of Colorado – August 20, 2020;
   f.  U.S.D.C. District of Maryland – August 20, 2021.

4. My Colorado bar identification number is 54504.

5. A current certificate of good standing from the Colorado Bar is attached to this Declaration as "Exhibit A."

6. I have never been suspended from the practice of law in any jurisdiction, and I have no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of the ECF system in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of Court for the United States District Court for the Western District of Pennsylvania and agree to be bound thereby.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Gabriel D. Pinilla

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing has been served on all counsel of record via the Court's ECF filing system.


*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla

# EXHIBIT A



STATE OF COLORADO, ss:

I, ___Marizela Cano___, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Gabriel Damian Pinilla**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the ___25th___ day of___March___ A.D. ___2020___ and that at the date hereof the said ___Gabriel Damian Pinilla___ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this ___12th___ day of___May___ A.D.___2026___

Marizela Cano
Clerk

By _____
Deputy Clerk