**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 2:26-cv-00359-WSS |
| | ) | |
| v. | ) | |
| | ) | |
| BACHMAN'S ROOFING, BUILDING & REMODELING, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING GABRIEL D. PINILLA'S
MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW, this _____ day of _____, 2026, upon consideration of the

Motion for Admission *Pro Hac Vice* of Gabriel D. Pinilla, it is hereby ORDERED that the Motion

for Admission *Pro Hac Vice* is GRANTED.

_____