## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON**, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:26-cv-00359-WSS |
| v. | ) ) | |
| **BACHMAN'S ROOFING, BUILDING & REMODELING, LLC**, | ) ) ) | |
| Defendant. | ) | |

## BACHMAN'S ROOFING, BUILDING & REMODELING, LLC'S
## DISCLOSURE STATEMENT

Pursuant to LCvR7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Bachman's Roofing, Building & Remodeling, LLC, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issues shares or debt securities to the public.

DATED: June 9, 2026

Respectfully submitted,

*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla (Colorado Bar No. 54504)
Gabriel.Pinilla@arlaw.com
**ADAMS & REESE, LLP**
1001 17th Street, Suite 1000
Denver, CO 80202
303-970-2156

Samuel A. Hornak (Pa. I.D. No. 312360)
samuel.hornak@bipc.com
Ashleigh S. Diaz (PA I.D. No. 327477)
ashleigh.diaz@bipc.com

**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412-562-8800
*Bachman's Roofing, Building & Remodeling, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, a true and correct copy of the foregoing has been

served on all counsel of record via the Court's ECF filing system.


*/s/ Gabriel D. Pinilla*
Gabriel D. Pinilla

2