IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, *individually and on behalf of all other similarly situated*,

        *Plaintiff*,

        v.

BACHMANS ROOFING, BUILDING & REMODELING, LLC,

        *Defendant*.

Civil Action No. 2:26-cv-359

Hon. William S. Stickman IV

## HEARING MEMO

HEARING HELD:  Telephonic Initial Case Management Conference
DATE HEARING HELD:  July 9, 2026
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Anthony Paronich, Esquire

Appearing for Defendant:
Gabriel Pinilla, Esquire
Ashleigh Diaz, Esquire
Samuel Hornak, Esquire

Conference began at 10:01 a.m.

Conference concluded at 10:14 a.m.

Stenographer:  None

### OUTCOME:

ADR discussed.  The parties were directed to file an amended stipulation within 14 days.

Case management discussed.  The Court will bifurcate the case.  Discovery on Plaintiff's individual claim will proceed first, limited to the three issues identified at p. 5 of the Rule 26(f) report.

Case management deadlines established.

The appropriate order will follow.