IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, *individually and on behalf of all other similarly situated*, | |
| *Plaintiff*, | Civil Action No. 2:26-cv-359 |
| v. | Hon. William S. Stickman IV |
| BACHMANS ROOFING, BUILDING & REMODELING, LLC, | |
| *Defendant*. | |

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that this case shall be governed by the schedule and terms set forth below.

### STIPULATION SELECTING ADR PROCESS

The parties shall file an Amended Stipulation Selecting ADR Process that sets forth the date and time of a mediation session before an agreed upon neutral by **July 23, 2026**. The mediation session must occur by **September 9, 2026**.

### AMENDED PLEADINGS & JOINDER OF PARTIES

Any consented-to amended pleadings or joinder of parties shall be filed by **September 25, 2026**. Lacking consent, any party may file a Motion to Amend Pleadings and/or any Motion to Join Parties by **September 25, 2026**.

### DISCOVERY ON PLAINTIFF'S INDIVIDUAL CLAIM

The following deadlines and limitations govern discovery on Plaintiff's claim in this case:

- Discovery shall commence **July 9, 2026**.

1

- Discovery shall close on **December 16, 2026**.  All discovery requests shall be served or noticed so that the responding party has the full amount of time permitted by the Federal Rules of Civil Procedure to respond by this date.  No formal discovery may take place after this date without leave of court.  For examples, no third-party subpoenas can be served, and no trial depositions can be noticed.

- A Telephonic Post-Discovery Status Conference will be held **December 15, 2026 at 10:00 a.m**.  The parties are directed to connect to the conference by:  (412) 547-0144  Conference ID # 697 382 110 # .

### DISCOVERY DISPUTES

Before filing a motion regarding a discovery dispute, counsel must confer to determine if they are able to resolve the dispute themselves.  If counsel is unable to resolve the dispute, they must contact the Court's deputy clerk at elizabeth_abbott@pawd.uscourts.gov to schedule a telephone conference.

### SUMMARY JUDGMENT

The following schedule governs summary judgment briefing:

- Any motion for summary judgment, brief in support, and concise statement of material facts is due by **November 18, 2026**.  Brief in support not to exceed **twenty** pages.

- Brief in opposition is due by **December 18, 2026**, and must include all evidentiary challenges.  Brief in opposition not to exceed **twenty** pages.

- Any reply brief is due by **January 4, 2027**, and shall not exceed **fifteen** pages.

- Oral argument will be scheduled if warranted.

BY THE COURT:


July 9, 2026                                                  s/  William S. Stickman IV
Date                                                WILLIAM S. STICKMAN IV
                                                    UNITED STATES DISTRICT JUDGE


2