IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:26-cv-00359-WSS
BACHMANS ROOFING, BUILDING & REMODELING, LLC )
)
)
)
Defendant(s) )

**REPORT OF NEUTRAL**

A mediation session was held in the above captioned matter on September 9, 2026.

The case (please check one):
_____has resolved
_____has resolved in part (see below)
X____has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

The case has not resolved; however, the parties have agreed to convene for a second mediation session before me on October 9, 2026.

Dated: September 14, 2026

______________________________
Signature of Neutral

Rev. 09/11