IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:26-cv-00359-WSS
BACHMANS ROOFING, BUILDING & REMODELING, LLC )
)
)
)
Defendant(s) )

**CORRECTED REPORT OF NEUTRAL**[1]

A mediation session was held in the above captioned matter on September 9, 2026.

The case (please check one):

_____has resolved
_____has resolved in part (see below)
X____has not resolved.

The parties request that a follow up conference with the Court should be scheduled within seven days. following the next mediation session which, as noted below is set for October 9, 2026.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

The case has not resolved; however, the parties have agreed to convene for a second mediation session before me on October 9, 2026.

Dated: September 15, 2026

[Signature: Aaron S. Weiss]
Signature of Neutral

Rev. 09/11

[1] I inadvertently filed an unsigned and incomplete version of this report on September 14, 2026.