IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:26-cv-00359-WSS
BACHMANS ROOFING, BUILDING & REMODELING, LLC )
)
)
)
Defendant(s) )

**SECOND REPORT OF NEUTRAL**

An initial mediation session was held in the above captioned matter on September 9, 2026.

The case (please check one):

_____has resolved
_____has resolved in part (see below)
X has not resolved.

The parties request that a follow up conference with the Court should be scheduled within 7 days of the second mediation session, which is now set for October 23, 2026.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain. As previously reported, the case did not resolve at the September 9, 2026 mediation. The parties agreed to convene for a second mediation session before me. Such session was set to occur on October 9, 2026. However, we agreed to change the second session to October 23, 2026 to help facilitate potential resolution.

Dated: October 14, 2026

Aaron S. Weiss
Signature of Neutral