IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:26-cv-00359-WSS
BACHMANS ROOFING, BUILDING & REMODELING, LLC )
)
)
)
Defendant(s) )

## REPORT OF NEUTRAL

A mediation session was held in the above captioned matter on October 23, 2026

The case (please check one):

_X_ has resolved
_____ has resolved in part (see below)
___ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within 14 days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: 10/30/2026

Signature of Neutral

Rev. 09/11